**Order entered April 2, 2015**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-01285-CV

**ARUBA PETROLEUM, INC., Appellant**

**V.**

**LISA PARR, Appellee**

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-11-01650-E**

## ORDER

We **GRANT** court reporter Vikki L. Ogden's March 30, 2015 request for extension of time and **ORDER** the reporter's record be filed no later than June 5, 2015.

/s/     CRAIG STODDART
         JUSTICE